MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: Kayla Madison

Case No. 22-00780

Chapter: 13

*Debtor(s)*

## Notice of Change of Address for Creditor

Greensky Inc. (Creditor) hereby gives notice of its new address:

**Current Notice Address:** (As shown on matrix)
1797 Northeast Expressway, Suite 100
Atlanta, GA 30329-3614

**New Notice Address:**
Greensky Inc.
PO Box 2730
Alpharetta, GA 30023-2730

**New Payment Address:** (If applicable)
Greensky #3877
6125 Lakeview Rd. Suite 800
Charlotte, NC 28269-2613

**Proof of Claim Number(s):** 7
(If applicable)

**Reason for Change of Address:**
☐ New Loan Servicer[1]
☑ New Location
☐ Other

Prepared By:

Signature: Scott Fredey
Name: Scott Fredey
Title: Executive Correspondence
Phone No: 855-710-6859

Address: PO Box 2730
Alpharetta, GA 30023-2730

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

Page 1 of 2

MSSB-NCAC (4/24)

## Certificate of Service

      I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 09/22/2025 addressed to:

            (Date)

Debtor(s):
Kayla Madison

            Scott Fredey
            Name

            Scott Fredey
            Signature