United States Bankruptcy Court for the Southern District of Mississippi

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Kayla Madison 22-00780 |
|---|---|
| Creditor Name and Address: | GreenSky Inc.<br>PO Box 2730<br>Alpharetta GA 30023-2730 |
| Court Claim Number (if known): | 8 |
| Date Claim Filed: | 10/1/2025 |
| Total Amount of Claim Filed: | $7,512.51 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/3/2025

*Scott Fredey*

Print Name: Scott Fredey

Title (if applicable): Executive Correspondence

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

FedEx shipping label

ORIGIN ID: MULA (470) 552-5144
KEITH GRAY
GREENSKY LLC
1797 NE EXPY NE
#100
BROOKHAVEN, GA 30329
UNITED STATES US

SHIP DATE: 07OCT
ACTWGT: 1.00 LB
CAD: 260963612/INET

BILL SENDER

TO SOUTHERN DISTRICT OF MISSISSIPPI
THAD COCHRAN U.S. COURTHOUSE
501 EAST COURT STREET
SUITE 2.300
JACKSON MS 39201
(855) 399-0600
INV: 00-20 COLLECTIONS     REF: POC
PO: 00-20 COLLECTIONS      DEPT: 00-20 COLLECTIONS



THU - 09 OCT 5:00P
TRK# 8849 7121 4688      ** 2DAY **
0201

4Z JAMSG              39201
                  MS-US    MEM



US Bankruptcy Court
Southern District of Mississippi
RECEIVED

OCT 09 2025

Danny L. Miller, Clerk of Court
By: _____ Deputy Clerk

