IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(JACKSON-3 DIVISIONAL OFFICE)

| | |
|---|---|
| In Re: | : |
| HILTON FREDRICK MADISON | :     CHAPTER 13 |
| *AKA HILTON F MADISON* | : |
| *DBA MADISON TRUCKING, LLC* AND | : |
| KAYLA MARIE MADISON | :     BANKRUPTCY CASE |
| | :     No. 22-00780-JAW |
| Debtors. | : |
| _____ | : |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF | : |
| NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN | : |
| CHASE BANK, N.A. AS TRUSTEE FOR BEAR STEARNS | : |
| ASSET BACKED SECURITIES TRUST 2004-SD3, ASSET- | : |
| BACKED CERTIFICATES, SERIES 2004-SD3 AS SERVICED | : |
| BY NEWREZ LLC D/B/A SHELLPOINT MORTGAGE | : |
| SERVICING | : |
| Movant, | : |
| vs. | : |
| HILTON FREDRICK MADISON | : |
| *AKA HILTON F MADISON* | : |
| *DBA MADISON TRUCKING, LLC* AND | : |
| KAYLA MARIE MADISON | : |
| Debtors. | : |
| _____ | : |

<u>NOTICE OF TERMINATION OF STAY</u>

     COMES NOW, **The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD3, Asset-Backed Certificates, Series 2004-SD3 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing**, by and through its undersigned attorney of record, and hereby gives notice that, pursuant to the prior Order of this Court dated January 17, 2024, Said default has not been cured with the period of time set forth in this Court's January 17, 2024 Order.  Accordingly, the Automatic Stay has terminated.

                                                       **MCCALLA RAYMER LEIBERT PIERCE, LLP**

                                                       */s/Karen A. Maxcy*_____
                                                       **Karen Maxcy**
                                                       **Attorney for Movant**

McCalla Raymer Leibert Pierce, LLP

**1544 Old Alabama Road**
**Roswell, GA 30076**
**Office: (678) 321-6965**
**Karen.Maxcy@mccalla.com**

## CERTIFICATE OF SERVICE

I, certify that on the 6th day of November 2025, I served on the parties listed below a copy of the foregoing document by regular first class mail with postage prepaid, at the below addresses, or via electronic transmission, pursuant to this Court's local rules and the Federal Rules of Bankruptcy Procedure:

**VIA REGULAR U.S. MAIL:**
**Hilton Fredrick Madison**
**4994 Old Port Gibson Rd**
**Utica, MS 39175**

**Kayla Marie Madison**
**4994 Old Port Gibson Rd**
**Utica, MS 39175**

**VIA ELECTRONIC TRANSMISSION:**
**Thomas Carl Rollins, Jr**
**The Rollins Law Firm, PLLC**
**PO BOX 13767**
**Jackson, MS 39236**

**Torri Parker Martin**
**Torri Parker Martin, Chapter 13 Bankruptcy Trustee**
**200 North Congress Street, Ste. 400**
**Jackson, MS 39201**

*/s/Karen A. Maxcy*
**Karen Maxcy**
**Attorney for Movant**

**McCalla Raymer Leibert Pierce, LLP**
**1544 Old Alabama Road**
**Roswell, GA 30076**
**Office: (678) 321-6965**
**Karen.Maxcy@mccalla.com**