___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 17, 2024**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
**Hilton Fredrick Madison aka Hilton F. Madison**           **CHAPTER 13**
**dba Madison Trucking, LLC**                                **CASE NO.: 22-00780-JAW**
**and Kayla Marie Madison**
    **Debtors**

**SPECIALIZED LOAN SERVICING LLC**
**as servicing agent for**
**The Bank of New York Mellon f/k/a The Bank of New York,**
**as successor in interest to JPMorgan Chase Bank, N.A.**
**as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD3,**
**Asset-Backed Certificates, Series 2004-SD3**
    **Movant**

**V.**

**Hilton Fredrick Madison aka Holton F. Madison**
**dba Madison Trucking, LLC**
**and Kayla Marie Madison**
    **Respondents**

**DAVID CULVER RAWLINGS, TRUSTEE**
    **Respondent**

### AGREED ORDER MODIFYING THE AUTOMATIC STAY AND OTHER RELIEF [DKT #31]

**CAME BEFORE THIS COURT** on the motion of Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD3, Asset-Backed Certificates, Series 2004-SD3 ("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and for abandonment pursuant to 11 U.S.C. § 554(b) and for

other relief, and the Court, being fully advised in the premises, and based upon the agreement of the parties, does hereby find that the parties agree as follows:

1. Movant holds a valid claim against Debtor that is secured by certain real property located at 113 Stockton Dr., Vicksburg, MS 39180 ("Property").

2. Movant has not been provided adequate protection with respect to its claim secured by the Property.

3. That should Debtor fail to comply with the provisions of this Agreed Order, good and sufficient cause will exist to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the Property to be abandoned.

4. This Order shall be binding upon Debtor, Debtor's successors and assigns.

5. Movant, Debtor and Trustee agree that good cause exists herein for the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) to be waived and that this Order should be effective immediately upon entry.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Debtor is to make full payment of all delinquent payments under the Chapter 13 Plan directly to Movant along with any further payments that may become due within sixty (60) days of the date of this Order. Should Debtor fail to provide such payments within the prescribed time, the automatic stay of 11 U.S.C. § 362 of the Bankruptcy Code shall immediately lift and be vacated without further Order of this Court and the property shall be abandoned from the estate pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code. Should Debtor provide such payments within the prescribed time but subsequently become sixty (60) days delinquent in payment, the automatic stay of 11 U.S.C. § 362 of the Bankruptcy Code shall immediately lift and be vacated without further Order of this Court and the property shall be abandoned from the estate pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code. Should Debtor remain current in scheduled plan payments for a consecutive

twenty-four (24) month period after the date of this Agreed Order, the strict compliance provision above shall be unenforceable.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Movant is permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

##END OF ORDER##

Agreed and Approved by:

/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Movant


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


_____ on Behalf
David Rawlings
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467
cbarbour@blswlaw.com

3

Exhibit "A"

All of Lot 13 of Clear Creek Plantation, Part One (1) the Plat of which is of record in Book 3 at Page 118.