# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Hilton Fredrick Madison                           Case No. 22-00780-JAW
         Kayla Marie Madison, Debtors                                 CHAPTER 13

## AMENDED NOTICE OF OBJECTON TO CLAIM

**You are herby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S Bankruptcy Court
Southern District of Mississippi
Danny L. Miller
501 E. Court St., Ste 2.300
Jackson, MS 39201

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

This date, January 28, 2026.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Hilton Fredrick Madison                              Case No. 22-00780-JAW
        Kayla Marie Madison, Debtors                              CHAPTER 13

## OBJECTON TO PROOF OF CLAIM # 9 AS FILED BY
## MISSISSIPPI DEPARTMENT OF REVENUE

COME NOW Debtors, by and through counsel, and file this Objection to Proof of Claim # 9 as filed by Mississippi Department of Revenue on or about December 31, 2025 in the amount of $5,058.72.

1. Claim asserts liability for state tax obligations arising from tax periods after the Petition.

2. Under 11 U.S.C. § 502(b), only claims that arose pre-petition are allowable unless otherwise specifically provided for by the Bankruptcy Code.

3. The Claim is based entirely on post-petition tax obligations and therefore does not constitute an allowable pre-petition claim.

4. The confirmed Chapter 13 Plan does not provide for payment of post-petition tax liabilities of this nature, nor has the Debtor(s) elected to include such claims in the Plan.

5. That said Proof of Claim should be disallowed as filed.

                Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
     Thomas C. Rollins, Jr.
     Attorney for Debtors

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Amended Notice and Objection were forwarded on January 28, 2026 to:

By first class mail, postage pre-paid:

  Mississippi Department of Revenue
  Bankruptcy Section
  P.O. Box 22808
  Jackson, MS 39225-2808

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

              /s/ Thomas C. Rollins, Jr.
              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Hilton Fredrick Madison<br>Kayla Marie Madison, | CASE NO: 22-00780<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/28/2026, I did cause a copy of the following documents, described below,

Amended Notice and Objection

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/28/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Hilton Fredrick Madison<br>Kayla Marie Madison, | CASE NO: 22-00780<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/28/2026, a copy of the following documents, described below,

Amended Notice and Objection

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/28/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
P.O. BOX 22808
JACKSON  MS 39225-2808
```