___



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: February 5, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Hilton Fredrick Madison                             Case No. 22-00780-JAW
          Kayla Marie Madison, Debtors                                   CHAPTER 13

### ORDER WITHDRAWING OBJECTON TO PROOF OF CLAIM # 9 AS FILED BY MISSISSIPPI DEPARTMENT OF REVENUE

THIS CAUSE having come on for consideration on the Objection to Proof of Claim #9 as filed by Mississippi Department of Revenue (Dk # 56) and the Court being advised that the Counsel for the Debtor wishes to withdraw the Objection, does herby order as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 9 as filed by Mississippi Department of Revenue is hereby withdrawn.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com