# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Hilton and Kayla Madison            CASE NO. 22-00780-JAW

DEBTOR            CHAPTER 13

## MISSISSIPPI DEPARTMENT OF REVENUE
## WITHDRAWAL OF CLAIM

| Claim Number | **9-1** |
|---|---|
| Date Claim Filed | **12/31/2025** |
| Total Amount of Claim | **$5,058.72** |

I, the undersigned, am an authorized signatory for the Mississippi Department of Revenue on this matter. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court to reflect this withdrawal on the official claims register for the Debtor.

Submitted on February 5, 2026        /s/*Misty D. Lancaster*
       Misty D. Lancaster
       Bankruptcy Administrator
       Mississippi Department of Revenue
       P.O. Box 22808
       Jackson, MS 39225-2808
       Phone: (601) 923-7393
       bankruptcy@dor.ms.gov

## CERTIFICATE OF SERVICE

I hereby certify that this day, a true and correct copy of the Mississippi Department of Revenue Withdrawal of Claim was filed with the Court and served by the Court's electronic noticing system upon all registered parties.

DATE: February 5, 2026            BY: /s/*Misty D. Lancaster*

1