United States Bankruptcy Court

Southern District of Mississippi

In re:                                              Case No. 22-00780-JAW

Hilton Fredrick Madison                        Chapter 13

Kayla Marie Madison

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                            User: mssbad                          Page 1 of 2

Date Rcvd: Feb 05, 2026                     Form ID: pdf012                  Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Hilton Fredrick Madison, Kayla Marie Madison, 4994 Old Port Gibson Rd, Utica, MS 39175-9458 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | + Email/Text: BANKRUPTCY@DOR.MS.GOV | Feb 05 2026 19:30:00 | MS Department of Revenue, P O Box 22808, Jackson, MS 39225-2808 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles F. F. Barbour | on behalf of Creditor Specialized Loan Servicing LLC cbarbour@blswlaw.com |
| Edward E. Lawler, Jr. | on behalf of Creditor Trustmark National Bank elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Karen A. Maxcy | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank  N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD3, Asset-Backed Certificat |

District/off: 0538-3

User: mssbad

Page 2 of 2

Date Rcvd: Feb 05, 2026

Form ID: pdf012

Total Noticed: 2

karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Karen A. Maxcy

on behalf of Creditor Shellpoint Mortgage Servicing karen.maxcy@mccalla.com
BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Paul Wilfred Cervenka

on behalf of Creditor The Bank of New York Mellon paul.cervenka@bonialpc.com  Notices.Bonial@ecf.courtdrive.com

Thomas Carl Rollins, Jr

on behalf of Debtor Hilton Fredrick Madison trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Kayla Marie Madison trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Hilton Fredrick Madison**                    **Case No. 22-00780-JAW**
          **Kayla Marie Madison, Debtors**                        **CHAPTER 13**

### ORDER WITHDRAWING OBJECTON TO PROOF OF CLAIM # 9 AS FILED BY MISSISSIPPI DEPARTMENT OF REVENUE

THIS CAUSE having come on for consideration on the Objection to Proof of Claim #9 as filed by Mississippi Department of Revenue (Dk # 56) and the Court being advised that the Counsel for the Debtor wishes to withdraw the Objection, does herby order as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 9 as filed by Mississippi Department of Revenue is hereby withdrawn.

### ###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com